UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMEDISYS WESTERN, LLC

VERSUS

CHRISTINE BARTEL

CIVIL ACTION

NO. 14-658-SDD-SCR

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated March 14, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss or Motion Transfer Venue*[3] filed by Defendant, Christine Bartel, is DENIED.

Baton Rouge, Louisiana the 27 day of April, 2015.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 17.
[3] Rec. Doc. 4.