# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

AMEDISYS WESTERN, LLC.

VERSUS

CHRISTINE BARTEL

CIVIL ACTION

NO. 14-658-SDD-SCR

## RULING

Considering the Court's *Ruling* of October 2, 2015,[1] wherein the Court ordered Defendant Christine Bartel to advise the Court by November 1, 2015, whether she would be proceeding *pro se* or obtaining new local counsel, the Court accepts Defendant's *Pro Se Motion*[2] as a response in compliance with the Court's order advising that Defendant is currently proceeding *pro se*. However, to the extent that the Defendant's motion may be interpreted as a request that the Court appoint counsel on her behalf,[3] that motion is DENIED without prejudice to Defendant's right to file an appropriate motion for such relief in accordance with the Local Rules of Court and the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Baton Rouge, Louisiana on November 19, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 40.
[2] Rec. Doc. No. 42.
[3] "Christine Bartel, respectfully moves that the court grant an order that would provide the name for new counsel." *Id.*

Document Number: 29458